**FEDERAL NATIONAL MORTGAGE ASSOCIATION, petitioner, v. UNITED STATES.**
No. 06–1250.
Jan. 14, 2008.

Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.